knowing full well that sometimes the best argument is the argument not made, I'm just prepared to submit unless the Court has anything specific it wishes to address with the circumstances. We hope you found the morning quite a fine. It was entertaining. Thank you. Thank you. The case just argued. Well, whatever argument you have, the last case is submitted.
judges: B. Fletcher, Cliton, Ikuta